UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JUAN LIZALDE-SARABIA, ) <br> ) <br> Defendant. ) <br> ) | Crim. Case No.  94CR127 <br><br> ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against JUAN LIZALDE-SARABIA be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: July 16, 2015

_____
HONORABLE GONZALO P. CURIEL
United States District Court